UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE DOLMUZ CUEVAS,

          Petitioner,

      v.

ACTING DIRECTOR TODD
LYONS, IN HIS OFFICIAL
CAPACITY; et al.,

          Respondents.

Case No. 2:26-cv-494-KCD-NPM

## ORDER

Before the Court is Petitioner's Emergency Motion to Restrict Public Access and Leave to Substitute Redacted Exhibits. (Doc. 2.) Petitioner states that certain exhibits attached to his Petition do not comply with Federal Rule of Civil Procedure 5.2(a)'s redaction requirements. (Doc. 1.) The motion is **DENIED** because the Federal Rules already restrict access in these circumstances. Rule 5.2(c) restricts filings in immigration cases to only the parties and their attorneys, and any other person who comes to the courthouse may have access to only the docket and any order of the Court, but not any other part of the case file. *See* Fed. R. Civ. P. 5.2(c)(1)-(2). If Petitioner believes further restrictions are necessary, he may file a motion to explain why the limitations described in Rule 5.2(c) are insufficient.

2

ORDERED in Fort Myers, Florida on February 25, 2026.

Kyle C. Dudek
United States District Judge